UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| SHEREN K., | Civil No. 2:19-CV-02008-MAT |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence six of 42 U.S.C. § 405(g). Upon receipt of the Court order, the Appeals Council will continue to search for the missing claim file. If the claim file cannot be located in a reasonable period of time, the Appeals Council will remand the case for a de novo hearing. If not, the Appeals Council will remand the case to an Administrative Law Judge for reconstruction of the administrative record and to hold another hearing and issue a new decision.

DATED this 5th day of January, 2021.

Mary Alice Theiler
United States Magistrate Judge

Page 1        ORDER - [2:19-CV-02008-MAT]

Presented by:

s/ Erin F. Highland
ERIN F. HIGHLAND
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2495
Fax: (206) 615-2531
erin.highland@ssa.gov